# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GORDON RIPPS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 07-0832-CG-B |
| ) | |
| **D. LEON POWERS,** ) | |
| ) | |
| Defendant. | |

## JUDGMENT

In accordance with the court's order this date granting defendant's motion for summary judgment on plaintiff's complaint, and also granting plaintiff's motion for summary judgment on defendant's counterclaims, this action is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 31st day of December, 2008.

/s/ Callie V. S. Granade
Chief United States District Judge