IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GORDON RIPPS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-0832-CG-B |
| D. LEON POWERS, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's orders entered December 1, 2010 (Doc. 167) and June 20, 2011 (Doc. 169), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that judgment be and is hereby entered in favor of **Gordon Ripps** and against **D. Leon Powers** in the amount of **$731,712 (Seven Hundred Thirty One Thousand, Seven Hundred and Twelve and No/100)** plus **6% prejudgment interest** through the date of judgment[1] plus costs in the amount of **$2,783.50 (Two Thousand, Seven Hundred Eighty Three Dollars and 50/100)** and Rule 11 sanctions in the amount of **$6,404.51 (Six Thousand, Four Hundred and Four Dollars and 51/100)**.

**DONE and ORDERED** this **22nd** day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] As of September 1, 2010, prejudgment interest was $124, 550. (See Doc. 167, p. 2).